NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID W. PRICE,                          )
a/k/a DAVID WAYNE PRICE,                 )
                                         )
      Appellant,                         )
                                         )
v.                                       )          Case No. 2D18-570
                                         )
STATE OF FLORIDA,                        )
                                         )
      Appellee.                          )
_____)

Opinion filed January 18, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Charlotte County; George C. Richards,
Judge.

David W. Price, pro se.


PER CURIAM.


      Affirmed.


CASANUEVA, VILLANTI, and MORRIS, JJ., Concur.